FILED

NOV 1 0 2009

CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

|  |  |  |
|---|---|---|
| | | CIV. 07-4013 |
| JAMES DEAN VAN WYHE, | : | |
| Plaintiff, | : | |
| vs. | : | **JUDGMENT** |
| TIM REISCH; DOUGLAS WEBER; | : | |
| JENNIFER WAGNER; H. VELD; CBM | | |
| FOOD SERVICE; TROY PONTO; and | : | |
| KEITH DITMANSON, | | |
| | : | |
| Defendants. | | |
| | : | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

On February 13, 2008, the Court issued a Memorandum Opinion and Order granting Defendants' motion for summary judgment except as to Plaintiff James Van Wyhe's claim for nominal damages against Tim Reisch, Douglas Weber, and Jennifer Wagner in their official capacities under the Religious Land Use and Institutionalized Persons Act. On appeal, the Eighth Circuit Court of Appeals entered judgment reversing and remanding for proceedings consistent with its opinion, in which the panel concluded that Van Wyhe's claim for money damages under RLUIPA was barred by sovereign immunity, and that "[n]o claims survive in Van Wyhe's suit." Although this case was consolidated for purposes of appeal with Charles Sisney's case, *Sisney v. Reisch*, Civ.03-

4260, this Judgment is entered only in Van Wyhe's case; the Court will issue a separate

order addressing trial of Sisney's remaining claims.

Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED that

Plaintiff's case is DISMISSED with prejudice, on the merits, with Plaintiff taking

nothing thereunder.

Dated this ____ day of November, 2009.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
DEPUTY